

## MARGOLIS & TISMAN LLP
Attorneys at Law

280 Madison Avenue, 5th Floor
New York, NY 10016, USA

Phone: (212) 213-5800 | www.winlaw.com
Fax:   (212) 686-1544 |





August 29, 2008

**BY FEDERAL EXPRESS**

Hon. Richard M. Berman
United States District Judge
United States Courthouse
40 Centre Street, Room 650
New York, NY 10007

    Re:    Tune v. Marvin Shulman and Marvin Shulman Management LLC,
           Case No. 08-CIV-6487

Dear Judge Berman:

    My firm represents the defendants Marvin Shulman and Marvin Shulman Management LLC in the above-referenced action pending before you. I am writing to request a three week extension for defendants to move or answer with respect to the Complaint. This is the first request for such an extension and counsel for the plaintiff has consented to it. The requested extension will extend defendants' time to respond to the Complaint from September 2, 2008 to and including September 23, 2008. The requested extension does not affect any other scheduled dates.

SO ORDERED:
RMB
_____
RICHARD M. BERMAN U.S.D.J.
9/2/08

Respectfully,

Stephen E. Tisman

cc:    John J. Rosenberg, Esq. (by Federal Express)
        Rosenberg & Giger P.C.
        Attorneys for Plaintiff

LOS ANGELES  ::  NEW YORK  ::  SAN FRANCISCO